IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40886
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

GERMAN ALONSO GRAMAJO-MURALLES,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-01-CR-126-1
- - - - - - - - - - -
June 19, 2002

Before HIGGINBOTHAM, DAVIS, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender representing German Alonso
Gramajo-Muralles has requested leave to withdraw as counsel and
has filed a brief as required by *Anders v. California*, 386 U.S.
738 (1967).  Gramajo-Muralles has not filed a response.  Our
independent review of the brief and the record discloses no
nonfrivolous issue.  Accordingly, counsel's motion for leave to
withdraw is GRANTED, counsel is excused from further

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

responsibilities, and the appeal is DISMISSED.  *See* 5TH CIR. R.

42.2.